**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 484 EAL 2014
                                :
                     Respondent : 
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
              v.                :
                                :
                                :
                                :
RASSAN JOHNSON,                 :
                                :
                     Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.